UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBYN BLOMQUIST, | CASE NO. 2:23-cv-00920-LK |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| AMERICAN FAMILY CONNECT PROPERTY AND CASUALTY INSURANCE COMPANY, | |
| Defendant. | |

Pursuant to the parties' Stipulation and [Proposed] Order of Dismissal with Prejudice and Without Fees and Costs, Dkt. No. 9, it is hereby ORDERED that all claims brought, or that could have been brought, by Plaintiff against Defendant American Family Connect Property and Casualty Insurance Company in the above-captioned matter are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated this 10th day of July, 2023.

Lauren King
United States District Judge

ORDER OF DISMISSAL - 1